**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
MARCUS ASAY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br>MARCUS ASAY,<br><br>　　　　Defendant. | Case No.: 1:19-CR-00003-DAD-BAM<br><br>**DEFENDANT'S NOTICE OF WAIVER OF PERSONAL APPEARANCE**<br><br>Date: **March 11, 2019**<br>Time: **1:00 p.m.**<br>Courtroom: **8**<br>**Hon. Barbara A. McAuliffe** |

**TO:　THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

　　Defendant, MARCUS ASAY, hereby waives his right to be present in open Court upon the hearing of any motion or other proceeding in this cause, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

　　Defendant hereby requests the Court proceed during every absence of which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, Anthony P. Capozzi, the same as if the Defendant was personally present; and further agrees to be present in person in Court ready for trial any day

and hour the Court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18, United States Code, section 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without Defendant being present.

DATED: February 21, 2019                By:   */s/Marcus Asay*
                                              Defendant

Respectfully submitted,

DATED: February 22, 2019                By:   */s/Anthony P. Capozzi*
                                              ANTHONY P. CAPOZZI
                                              Attorney for Defendant MARCUS ASAY

## **ORDER**

The Request for waiver for the March 11, 2019 status hearing is DENIED. The Court intends on taking up an inquiry re conflict interest and multiple representations by counsel.

IT IS SO ORDERED.

Dated: **February 28, 2019**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE