ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-Mail:  Anthony@capozzilawoffices.com

www.capozzilawoffices.com

Attorney for Defendant,
MARCUS ASAY,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>Plaintiff,<br><br>v.<br><br>AGRICULTURAL CONTRACTING SERVICES ASSOCIATION, dba AMERICAN LABOR ALLIANCE, MARCUS ASAY,<br>and ANTONIO GASTELUM,<br><br>Defendants. | CASE NO.: 1:19-CR-00003-DAD<br><br>**UNDER SEAL**<br><br>**ORDER** |

Based upon the government's statement of non-opposition and good cause appearing, the Declaration and Statement with Videos of Marcus Asay, and two videos submitted therewith by counsel for defendant are to be filed under seal until further order of the court.

IT IS SO ORDERED.

Dated:  **March 31, 2025**              _/s/ Dale A. Drozd_
                                         DALE A. DROZD
                                         UNITED STATES DISTRICT JUDGE