UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>MARCUS ASAY, et al.,<br><br>　　　　　　Defendants. | No. 1:19-cr-00003-DAD<br><br>ORDER GRANTING DEFENDANT ASAY'S MOTIONS TO EXTEND SURRENDER DATE IN PART<br><br><br>(Doc. No. 333) |

This matter is before the court on defendant Marcus Asay's *ex parte* motion to extend the date upon which he must surrender into custody. At the April 10, 2025 sentencing hearing the court granted the defendant's request for an extended surrender date of July 15, 2025. Defendant Asay now moves to extend that surrender date to August 8, 2025 on the grounds that: (1) due to his attorney being away for a week, he did not learn of the institution to which he was designated by the U.S. Bureau of Prisons until July 7, 2025, and he will need to drive to that institution which is some distance from his location; and (2) the defendant recently fell, making his travel to the designated institution by July 15, 2025 difficult. (Doc. No. 333.) As indicated by defendant's counsel, the government opposes the pending motion.

/////

/////

1

Based only upon the first ground asserted by defendant Asay[1], the court will grant his motion in part. His surrender date to the designated institution will be extended by two weeks, to July 29, 2025, before 12 p.m. (noon). As previously ordered, all terms and conditions of the defendant's release order remain in full force and effect until he surrenders into custody in accordance with the court's order and he is again advised that it is a separate felony offense, punishable by a consecutive term of imprisonment, to intentionally fail to surrender in accordance with the court's order.

IT IS SO ORDERED.

Dated:   **July 9, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The second ground upon which defendant has requested to extend his surrender date is, in the court's view, inadequately supported and therefore rejected.

2