1  ANTHONY P. CAPOZZI, CSBN: 068525
   THE LAW OFFICE OF ANTHONY P. CAPOZZI
2  1233 West Shaw Avenue, Suite 102
   Fresno, California 93711
3  Telephone: (559) 221-0200
   Facsimile     (559) 221-7997
4  E-Mail:       Anthony@capozzilawoffices.com
   www.capozzilawoffices.com
5

6  Attorney for Defendant,
   MARCUS ASAY
7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10                         ******

| UNITED STATES OF AMERICA. | ) | CASE NO.: 1:19-CR-00003-DAD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE AND ORDER** |
| MARCUS ASAY, | ) | **TO EXHIBIT 2K,** |
| Defendant. | ) | **OF** |
| | ) | **EMERGENCY MOTION FOR** |
| | ) | **COMPASSIONATE RELEASE** |
| | ) | **PURSUANT TO** |
| | ) | **18 U.S.C § 3582 (c)(1)(A)(i)** |

**NOTICE IS HEREBY GIVEN** that pursuant to Local Rule 141, Local Rules of the United States District Court of the Eastern District of California, Anthony P. Capozzi, as attorney for defendant, Marcus Asay, has submitted to the Court a Request to Seal Exhibit 2-K, medical records of Marcus Asay to be filed **UNDER SEAL**.

Respectfully submitted,

Dated: December 19, 2025,    By:/s/ *Anthony P. Capozzi*_____
ANTHONY P. CAPOZZI, Attorney for
MARCUS ASAY

**ORDER**

Pursuant to Local Rule 141(b) IT IS HEREBY ORDERED that the Defendant, Marcus Asay's Exhibit 1, pursuant to 18 U.S.C. § 3006A be SEALED until further order of this Court. It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in Oregonian Publishing Co. v. U.S. District Court for the District of Oregon, 920 F.2d1462 (9th Cir. 1990). The court finds that, for the reasons stated in the defendant's request, sealing the defendant's ex parte motion serves a compelling interest. The court further finds that, in the absence of closure, the compelling interest identified by the defendant would be harmed. In light of the public filing of its requests to seal, the Court further finds that there are no additional alternatives to sealing the defendant's ex parte motion that would adequately protect the compelling interest identified by the defendant.

IT IS SO ORDERED.

Dated:  **December 19, 2025**      _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE