1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS ASAY, et al.,<br><br>Defendants. | No. 1:19-cr-00003-DAD<br><br>ORDER SEALING REPORTER'S<br>TRANSCRIPT OF DECEMBER 29, 2025<br>HEARING TRANSCRIPT |

The court held a status conference on defendant's motion for compassionate release by zoom today, December 29, 2025, at which counsel for defendant Asay and the government appeared.  Due to the nature of the matters being discussed, at the outset of the hearing the court ordered that the transcript of the proceedings be sealed with the exception that counsel for the defendant and the government, as well as the court, would be permitted to order the transcript of the hearing.  In addition, the court directed that any opposition by the government to the pending motion be filed by January 7, 2026, and that the defense be permitted to file a reply at any time thereafter.

IT IS SO ORDERED.

Dated:   **December 29, 2025**

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1